**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 12-cv-0382-WJM-MEH

DR. JERYL MCGAW

      Plaintiff,

v.

THE PERMANENTE FEDERATION, LLC, a corporation,
KAISER FOUNDATION HEALTH PLAN, Inc., a corporation,
KAISER FOUNDATION HOSPITALS, a corporation,
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a corporation
LINDA SMITH, an individual, and
DOES 1 THROUGH 100, INCLUSIVE

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter is before the Court on the parties' Stipulated motion to Dismiss filed October 2, 2012 (ECF No. 25).  The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The parties' stipulated motion is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay their or its own attorney's fees and costs.

DATED this 3rd day of October, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge